UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

John William Cook, Jr..

Defendant.

13-cr-777 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The government is ordered to respond to Mr. Cook's Motion for Compassionate Release by October 14, 2020. Mr. Cook must reply to the government's response by November 4, 2020.

    The Clerk of Court is respectfully directed to mail this Order to the Defendant.

SO ORDERED.

Dated: October 5, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge