USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

John William Cook, Jr.

Defendant.

13-cr-777 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received the attached letter dated December 7, 2020 from Mr. Cook regarding his Motion for Compassionate Release. The Court received this letter on December 16, 2020, after it had already issued its Opinion & Order denying Mr. Cook's motion on December 9, 2020. Dkt. No. 196. The letter would not have changed the Court's conclusion.

The Clerk of Court is respectfully directed to mail this Order to the Defendant and note that mailing on the public docket.

SO ORDERED.

Dated: December 17, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

Date: 12/7/2020

Dear Judge Nathan,

I respectfully submit this brief letter to bring to the Courts attention the drastic change of events at FCI Fort Dix. More importantly to the housing unit in which Mr. Cook is currently housed.

"Mr. Cook Housing Condition Warrant Compassionate Release"

As of December 3rd 2020 Mr. Cooks housing conditions have changed for the worse. As previously noted FCI Fort Dix has been overtaken by the life threatening and life altering COVID-19 which FCI Fort Dix has proven it cannot handle. In recent turn of events 5802 the housing unit with Mr. Cook is house has been identified by FCI Fort Dix staff to be an housing unit in which inmates have tested and confirm to be positive for COVID-19.

It is well documented that Mr. Cook is a CDC identified individual at high risk for contracting and sufferring irreversible side effects and or death from COVID-19, Furthermore it is well documented that the outbreak in Fort Dix stem from one confirmed positive test result rendering over 200 other inmates confirmed positive for COVID-19.

As David Ortiz the warden At Fort Dix has acknowledged from the onset of the pandemic Mr. Ortiz stated "social distancing is impossible at Fort Dix" thus This renders Mr. Cook holy likely two contract colvet 19 and suffer irreversible side effects due to the outbreak in the housing unit 5802 we are Mr. Cook is located.

As of December 7th 2020 the entire housing unit we are Mr. Cook is housed has been tested which would result in the confirmed positive cases at FCI Fort Dix to increase. COVID-19 has also impacted 5803 the very housing unit in which inmates are sent to quarantine Mr. Cook asserts there is no place safe, and Fort Dix has run out of space to place positive inmates.

Mr. Cook humbly submits back to new calculus continues to warrant his release from Fort Dix to his approved address.



RECEIVED
DEC 16 2020
ALISON J. NATHAN
U.S. DISTRICT JUDGE
S.D.N.Y.

Very truly yours,

Mr. John Cook